No. A–812. LAROUCHE ET AL. v. NORTH CAROLINA STATE BOARD OF ELECTIONS ET AL. Application to vacate the stay entered by the United States Court of Appeals for the Fourth

Circuit, addressed to JUSTICE STEVENS and referred to the Court, denied.